failure to prosecute in accordance with the rules.

**Julieta O. MANDONAHAN, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7323.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Julieta O. Mandonahan, pro se.

### ORDER

Order Vacated, 198 Fed.Appx. 973, See 2006 WL 3358382.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

**B. Tatum GIBSON, Petitioner,**

v.

**DEPARTMENT OF The TREASURY, Respondent.**

No. 2006–3393.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

B. Tatum Gibson, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.